

# IN THE
# TENTH COURT OF APPEALS

-----------

## No. 10-12-00188-CV

## IN THE INTEREST OF E.C. AND E.C., CHILDREN,

-----------

**From the 85th District Court
Brazos County, Texas
Trial Court No. 10-001781-85**

## MEMORANDUM OPINION

The trial court's termination order in this case ordered that the parent-child relationship between the father, O.C., and his children, E.C. and E.C., was terminated and that the mother's husband, Gabriel Ramirez-Martinez, was appointed permanent managing conservator of E.C. and E.C. O.C. appealed from this order. Mr. Ramirez-Martinez did not appeal. Nor did E.C.'s and E.C.'s mother, whose parental rights were not terminated.

Appellant O.C. and Appellee Texas Department of Family and Protective Services have now filed a joint motion informing the Court that they have entered into an agreement to resolve this appeal. The attorney *ad litem* for E.C. and E.C. approved

the agreement and motion, and neither Mr. Ramirez-Martinez nor E.C.'s and E.C.'s mother oppose the agreement.

Based on the agreement, the parties request that this Court reverse that portion of the trial court's termination order terminating O.C.'s parental rights to E.C. and E.C. and affirm the remaining portion of the trial court's termination order appointing Mr. Ramirez-Martinez as permanent managing conservator of E.C. and E.C. *See* TEX. R APP. P. 42.1(a)(2)(A). Accordingly, we reverse that portion of the trial court's termination order terminating O.C.'s parental rights to E.C. and E.C., we affirm the remaining portion of the trial court's termination order, and we remand this case to the trial court for further proceedings consistent with this opinion.

REX D. DAVIS
Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Affirmed in part; reversed and remanded in part
Opinion delivered and filed November 8, 2012
[CV06]